

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00652-CR

The State Of Texas
v.
Glenn  Wrightman

On appeal from the
County Court at Law No. 2 of Nueces County, Texas
Trial Cause No. 09CR5089-2

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed.  The Court orders the appeal DISMISSED FOR WANT OF JURISDICTION in accordance with its opinion.

We further order this decision certified below for observance.

January 22, 2015.